SPOKANE VALLEY LAND & WATER COMPANY *v.* MADSON.

SAME *v.* SAME.

ERROR TO THE SUPREME COURT OF THE STATE OF WASHINGTON.

Nos. 202, 231. Motion to dismiss.—Submitted January 18, 1909.—Decided January 25, 1909.

Writs of error to review judgments of the Supreme Court of the State of Washington, 40 Washington, 414; *S. C.*, 91 Pac. Rep. 1, involving the right of a patentee of the United States to construct a dam across an arm of a lake in the State of Washington, dismissed for want of jurisdiction; plaintiff in error claiming such right under the Desert Land Act of March 3, 1877, c. 107, 19 Stat. 377, and defendant in error claiming that there was no Federal question, or if any existed, it was raised too late.

*Mr. S. C. Hyde* and *Messrs. Gallagher & Thayer* for defendants in error, in support of the motion.

*Mr. Albert Allen* for plaintiff in error, in opposition to the motion.

*Per Curiam:* Writs of error dismissed for want of jurisdiction. *Hardin v. Shedd*, 190 U. S. 508; *Mutual Life Insurance Co. v.*

McGrew, 188 U. S. 291; *Hulbert* v. *City of Chicago,* 202 U. S. 275; *Spokane Land & Water Co.* v. *Madson,* 40 Washington, 414; *Same* v. *Same,* 91 Pac. Rep. 1.